UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON KESNER, ET AL.,

        Plaintiffs,

- against -

THE PALESTINIAN AUTHORITY, ET AL.,

        Defendants.

---

18-cv-12238 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

If the parties do not otherwise agree, the defendants may proceed with their proposed motion to dismiss by January 3, 2020. The plaintiffs may respond by January 17, 2020. The defendants may reply by January 27, 2020.

SO ORDERED.

Dated: New York, New York
December 20, 2019

                                             JOHN G. KOELTL
                                    United States District Judge