# HEIDEMAN NUDELMAN KALIK, PC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/23/19

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

December 23, 2019

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   RE: Kesner, et al. v. The Palestinian Authority, et al., 1:18-cv-12238-JGK

Dear Judge Koeltl:

I write on behalf of the parties in response to the Court's December 20th Order ordering, *inter alia*, if the parties do not otherwise agree, that the defendants may proceed with their proposed motion to dismiss.

On May 14, 2019, this Court entered an Order staying this matter pending the conclusion of the appeal in the *Estate of Esther Klieman, et al. v. Palestinian Authority, et al.*, No. 15-7034 (D.C. Cir.). ("*Klieman Appeal*") See Dkt #26.

The *Klieman Appeal* has still not yet concluded in that the Plaintiffs filed a Petition for Certiorari to the United States Supreme Court (*Klieman v PA*, No 19-741, (docketed December 11, 2019)). The Defendants brief in opposition to the Petition for Certiorari is due March 13, 2020. Accordingly, the *Klieman Appeal* has not yet concluded.

Per the Court's instruction, the parties have conferred on this matter, and the parties agree that this matter should continue to be stayed pending the conclusion of the Petition for Certiorari.

Accordingly, the parties respectfully request that this matter continue to be stayed pending the conclusion of the Petition for Certiorari in accordance with this Court's previous Orders.

Respectfully submitted,

HEIDEMAN, NUDELMAN & KALIK, P.C.

By: _____
Noel J. Nudelman

*[Handwritten note from Judge:]* The matter remains stayed pending a decision on the petition for cert. The parties should advise the Court within seven (7) days of the decision on the petition together with a proposed schedule for this case. So ordered.
John G. Koeltl
12/23/19
U.S.D.J.

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:
DISTRICT OF COLUMBIA  INDIANA  KENTUCKY  MARYLAND  MISSOURI  NEW JERSEY  NEW YORK  WYOMING