```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

AARON KESNER ET AL.,
                Plaintiffs,        18-cv-12238 (JGK)

    - against -                      ORDER

PALESTINIAN AUTHORITY ET AL.,
                Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to file a status report by **April 29, 2022.**

SO ORDERED.
Dated:    New York, New York
         April 15, 2022

                                      _____
                                        John G. Koeltl
                                    United States District Judge