UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
KESNER, ET AL.                                   :
                                                 :
      Plaintiffs,                              :
                                                 :       1:18-cv-12238-JAV
      v.                                       :
                                                 :       STIPULATION OF
                                                 :       VOLUNTARY DISMISSAL
                                                 :       WITHOUT PREJUDICE
THE PALESTINIAN AUTHORITY, ET AL.                :
                                                 :
      Defendants                               :
-----------------------------------------------------------------------x

      COMES NOW the parties, by and through counsel, and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, hereby agree and stipulate as follows:

      1.    Defendants have agreed that they will not challenge personal jurisdiction pursuant to the *Promoting Security and Justice for Victims of Terrorism Act of 2019, Pub. L. No. 116-94*, 18 U.S.C. § 2334 or venue in *Klieman v. Palestinian Authority*, 1:04-cv-01173-PLF (D.D.C.) in the United States District Court for the District of Columbia.

      2.    This matter should be dismissed without prejudice against the Defendants.

      3.    The parties agree to bear their own costs and attorney's fees.

Dated: August 13, 2025                        Respectfully submitted,

                                                      HEIDEMAN NUDELMAN & KALIK P.C.

The Clerk of Court is directed to close this case.

SO ORDERED:

                                                      Noel J. Nudelman
The Honorable Jeannette A. Vargas           Richard D. Heideman
United States District Judge                   Tracy Reichman Kalik
Dated: August 13, 2025                            5335 Wisconsin Avenue, Suite 440
                                                      Washington, DC  20015
                                                      Telephone:  202-463-1818
                                                      Telefax:  202-463-2999

                                                      On behalf of the Plaintiffs

- 2 -

                    SQUIRE PATTON BOGGS (US) LLP

*/s/ Gassan A. Baloul*
_____
Gassan A. Baloul
gassan.baloul@squirepb.com
Mitchell R. Berger
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

On behalf of the Defendants

It is so ordered:

_____
Hon. Jeanette A. Vargas, USDC-SDNY